IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03660-NRN

ISSAM MOHAMAD TAMAYZA FADWA,

    Plaintiff,

v.

TODD M. LYON, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement
ROBERT HAGAN, Field Director of the Denver Field Office
JOHNNY CHOATE, Warden, Denver Contract Detention Facility

    Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    This case has been directly assigned to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(c).

    It is hereby ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), on or before December 17, 2025, the parties shall complete and file the Consent/Non-Consent Form (ECF No. 3) indicating either the unanimous consent of the parties or that consent has been declined.

    It is further ORDERED on or before December 17, 2025, Respondents must show cause in writing and filed with the Court as to why the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) should not be granted. Petitioner may file a reply within thirty (30) days of Respondent's response to the show cause order.

Date: November 17, 2025